## Stevens *v.* Stevens, Appellant.

Argued September 15, 1967. *Victor J. Roberts*, with him *Walton Coates*, and *High, Swartz, Roberts & Seidel*, for appellant; *Desmond J. McTighe*, with him *McTighe, Koch, Brown and Weiss*, for appellee.

Order affirmed.

ERVIN, P. J., and MONTGOMERY, J., absent.